425 A.2d 838

Commonwealth v. Taerbaum, Appellant.

 John P. Liekar, for appellant; Janet Moschetta, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.

CERCONE, P. J., concurred in the result.